# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERALD S. BATOFF, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 14-6879 |
| JULIE CHARBONNEAU and DEAN TOPOLINSKI, | : |
| Defendants. | : |

## ORDER

**AND NOW** this 16th day of September, 2015, upon consideration of defendants Julie Charbonneau and Dean Topolinski's motion to dismiss (Doc. No. 23), and plaintiff's opposition thereto, **IT IS HEREBY ORDERED** that:

1. Plaintiff's breach of contract claim regarding the April 5, 2013 Settlement Agreement (Count II) is **DISMISSED WITH PREJUDICE**;

2. Plaintiff's fraud in the inducement claim (a portion of Count III) is **DISMISSED WITH PREJUDICE;** and,

3. The remainder of defendants' motion to dismiss is **DENIED**.

s/William H. Yohn Jr.\_\_\_
William H. Yohn Jr., Judge